UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24078-KMM

WOLFGANG PUCK and BARBARA LAZAROFF,

    Plaintiffs/Judgment Creditors,

v.

SYDNEY SILVERMAN, W.P. APPLIANCES, INC. and W.P. PRODUCTIONS, INC.,

    Defendant/Judgment Debtors/Transferors.

and

MARIAM SILVERMAN,

    Defendant/Transferee
_____/

## NOTICE OF DISCOVERY HEARING

**PLEASE TAKE NOTICE** that a discovery hearing is scheduled on May 17, 2023, at 1:00 PM before The Honorable Lauren F. Louis, in person at the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 11th Floor, Miami, Florida 33128, to resolve the following matters:

**PLAINTIFFS' RESPONSES TO DEFENDANT MARIAM SILVERMAN'S FIRST REQUEST TO PRODUCE AND FIRST SET OF INTERROGATORIES**

And

**DEFENDANT MARIAM SILVERMAN'S RESPONSES TO PLAINTIFFS' FIRST REQUEST TO PRODUCE NOS. 7 AND 8**

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), undersigned counsel certifies that on various dates counsel for Defendant Mariam Silverman conferred with counsel for Defendant Sydney Silverman and Plaintiffs Wolfgang Puck and Barbara Lazaroff engaged in emails about the discovery disputes and conducted a phone conference on May 4, 2023, in a good faith attempt to resolve the issue but were unable to come to an agreement.

Dated: May 8, 2023                                          Respectfully Submitted

By:     */s/ Gina Cadogan*
        GINA MARIE CADOGAN
        Fla Bar No: 177350
        CADOGAN LAW
        300 S. Pine Island Road, Ste. 107
        Plantation, FL 33324
        Telephone: 954.606.5891
        Facsimile: 877.464.7316
        Email: gina@cadoganlaw.com
        Email: kathy@cadoganlaw.com
        Email: tyler@cadoganlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of May 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     */s/ Gina Cadogan*
        GINA MARIE CADOGAN
        Fla Bar No: 177350

**SERVICE LIST**
*Wolfgang Puck and Barbara Lazaroff v. Sydney Silverman, W.P. Productions, Inc., W.P. Appliances, Inc. and Mariam Silverman*
USDC Case No: 1:22-CV-24078-KMM

Jared M. Lopez, Esq.
Jeanelle Gomez, Esq.
Zaharah R. Markoe, Esq.
Black Srebnick, P.A.
201 S. Biscayne Blvd., Ste. 1300
Miami, FL 33131-0000
jlopez@royblack.com
jgomez@royblack.com
zmarkoe@royblack.com
civilpleadings@royblack.com
*Counsel for Plaintiffs/Judgment Creditors Wolfgang Puck and Barbara Lazaroff*
[CM/ECF]

Christopher N. Johnson, Esq.
Gray Robinson P.A.
333 S.E. 2nd Avenue, Ste. 3200
Miami, FL 33131
christopher.johnson@gray-robinson.com
*Counsel for Defendant/Judgment Debtors/Transferors Sydney Silverman*
[CM/ECF]