UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22-cv-24078-MOORE/LOUIS

WOLFGANG PUCK and
BARBARA LAZAROFF,

    Plaintiffs/Judgment Creditors,

v

SYDNEY SILVERMAN,
W.P. APPLIANCES, INC., and
W.P. PRODUCTIONS, INC

    Defendant/Judgment Debtors/Transferors,

and
MARIAM SILVERMAN,

    Defendant/Transferee.

_____/

## REPORT OF MEDIATION

A mediation conference was scheduled for June 21, 2023, for the above-referenced matter. Mediator KAREN EVANS-PUTNEY attended to conduct the proceedings. The mediation did not go forward. The individually-named Plaintiffs/Judgement Creditors were not present.

_____
Karen Evans-Putney, Mediator

June 22, 2023
Date